WILLIAM A. HAASE et al., Appellants, *v.* MICHIGAN STEEL BOAT COMPANY, Respondent.

*Haase* v. *Michigan Steel Boat Co.*, 148 App. Div. 298, appeal dismissed.

(Submitted February 6, 1914; decided February 24, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1912, which affirmed an order of Special Term granting a motion to vacate and set aside a judgment entered in favor of plaintiffs against defendant by default.

*Benjamin Jaffe* and *Leon S. Kaiser* for appellants.

*George H. Francoeur* and *Charles J. Leslie* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK and HOGAN, JJ. Absent: WERNER, J. Not sitting: MILLER, J.

---

SUNA H. JUNKINS, Respondent, *v.* SYDNEY E. JUNKINS, Appellant.

*Junkins* v. *Junkins*, 151 App. Div. 77, affirmed.

(Argued February 9, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 6, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a divorce.

*Martin Conboy* and *Charles A. Collin* for appellant.

*William H. Hamilton* and *Norman C. Conklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.